**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **BRENT KESSLER,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )     No. 07-cv-0647-MJR |
| | ) |
| **WAL MART STORES, INC.,** | ) |
| | ) |
|     **Defendant/Third Party Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **TRIMAS CORPORATION and CEQUENT** | ) |
| **CONSUMER PRODUCTS, INC., d/b/a** | ) |
| **HIGHLAND GROUP INDUSTRIES,** | ) |
| **ACE AMERICAN INSURANCE COMPANY,** | ) |
| **GREAT DAY, INC., and NEW DAY** | ) |
| **ENTERPRISES, INC. f/k/a API OUTDOORS,** | ) |
| **INC., INTEGRATED SAFETY, LLC, d/b/a** | ) |
| **Fall Guy, and GORILLA, INC.,** | ) |
| | ) |
|     **Third Party Defendants.** | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

      On September 14, 2007, Plaintiff filed the above-captioned action against Wal-Mart Stores, Inc. (Doc. 2). After this Court granted leave to do so, Wal-Mart filed a third-party complaint against various third-party defendants (Doc. 23). When third-party defendants Great Day, Inc. and New Day Enterprises, Inc. failed to file an answer, Wal-Mart moved the clerk to enter default judgment against these defendants (Doc. 60). Consequently, on February 11, 2009, the Clerk of the Court entered default (Doc. 61).

      On February 24, 2009, Great Day, Inc. and New Day Enterprises, Inc. moved this

Court to set aside the entry of default (Doc. 69).  Accompanying the third-party defendants' motion is a document signed by counsel for these defendants and Wal-Mart, stipulating that the entry of default should be set aside (Doc. 69-2).

As Wal-Mart agrees that default should be set aside, the Court hereby **GRANTS** the third-party defendants' motion (Doc. 69) and **VACATES** the entry of default (Doc. 61).

**IT IS SO ORDERED.**

**DATED this 25th day of February 2009.**

                                     **s/ Michael J. Reagan**
                                     **MICHAEL J. REAGAN**
                                     **United States District Judge**