# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRENT KESSLER,** | ) |
| **Plaintiff,** | ) |
| v. | ) No. 07-CV-0647-MJR |
| **WAL MART STORES, INC.,** | ) |
| **Defendant/Third Party Plaintiff,** | ) |
| v. | ) |
| **TRIMAS CORPORATION and CEQUENT CONSUMER PRODUCTS, INC., d/b/a HIGHLAND GROUP INDUSTRIES, ACE AMERICAN INSURANCE COMPANY, GREAT DAY, INC., and NEW DAY ENTERPRISES, INC. f/k/a API OUTDOORS, INC., and INTEGRATED SAFETY, LLC, d/b/a Fall Guy,** | ) |
| **Third Party Defendants.** | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

On September 14, 2007, Plaintiff filed the above-captioned action against Wal-Mart Stores, Inc. (Doc. 2). After this Court granted leave to do so, Wal-Mart filed a third-party complaint against various third-party defendants (Doc. 23).[1]

Defendant/Third-Party Plaintiff Wal-Mart recently filed three motions to voluntarily dismiss the following third-party defendants without prejudice and with leave to re-file within one year, with all costs having been paid: TriMas Corporation and Cequent Consumer Products, Inc. d/b/a Highland Group Industries (Doc. 85), ACE American Insurance Company (Doc. 89), and Great Day, Inc.

---

[1] On April 7, 2009, the Court granted Wal-Mart's motion to voluntarily dismiss third-party defendant Gorilla, Inc. (Doc. 82).

-1-

and New Day Enterprises, Inc. f/k/a API Outdoors, Inc. (Doc. 93).

The Court permitted any parties wishing to respond or object to do so no later than June 15, 2009 (Docs. 86, 91, & 95). No parties filed any objections. Great Day and New Day filed a motion supporting Wal-Mart's motion to voluntarily dismiss the third-party defendants (Doc. 96). Additionally, TriMas, Cequent, and ACE American filed memoranda indicating that they do not object to the voluntary dismissal of these parties (Doc. 98, 103).[2]

**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)** provides that where the defendant has answered the complaint or filed a motion for summary judgment, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."

Having fully considered Wal-Mart's motions, the Court hereby **GRANTS** the motions to voluntarily dismiss pursuant to Rule 41 (Docs. 85, 89, and 93) and **DISMISSES** the following third-party defendants: TriMas Corporation and Cequent Consumer Products, Inc. d/b/a Highland Group Industries, ACE American Insurance Company, and Great Day, Inc. and New Day Enterprises, Inc. f/k/a API Outdoors, Inc. Each of these third-party defendants are **DISMISSED without prejudice** and with leave to re-file within one year, with all costs having been paid. However, the Court **takes no position** as to whether any such re-filing of this action against these third-party Defendants will in fact be timely.

Because Great Day and New Day's motion in support of Wal-Mart's motion seeks the same relief, the Court **GRANTS** their motion to dismiss as well (Doc. 96).

**IT IS SO ORDERED.**

**DATED this 17th day of June 2009.**

               s/ Michael J. Reagan
               **MICHAEL J. REAGAN**
               **United States District Judge**

---

[2] Additionally, in each of its motions, Wal-Mart represented to the Court that each third-party defendant did not object to the motion to dismiss, insofar as it pertained to themselves.