IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRENT KESSLER**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: **07-647- CJP** |
| **WAL-MART STORES, INC.,** | ) ) ) |
| Defendant. | ) ) ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is defendant's Motion for Voluntary Dismissal. **(Doc. 121)**.

Defendant Wal-Mart desires to dismiss without prejudice its third party claim against Integrated Safety, LLC, d/b/a Fall Guy. Defendant represents that all costs have been paid, and that Integrated Safety does not object to the motion. Neither Integrated Safety nor plaintiff have filed a response to the motion, and the time for doing so has expired.

For good cause shown, defendant's Motion for Voluntary Dismissal **(Doc. 121)** is **GRANTED**. The third party complaint against Integrated Safety, LLC, **(Doc. 23)** is ordered dismissed without prejudice. Third party defendant Integrated Safety, LLC, is terminated as a party.

Wal-Mart's Motion to Strike **(Doc. 118)** is **DENIED** as moot.

**IT IS SO ORDERED.**

**DATE: September 2, 2009.**

                                          **s/ Clifford J. Proud**
                                          **CLIFFORD J. PROUD**
                                          **UNITED STATES MAGISTRATE JUDGE**