IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRENT KESSLER**, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **WAL-MART STORES, INC.,** | ) |
| | ) Case No.: **07-647- CJP** |
| Defendant/Third Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **TRIMAS CORPORATION and** | ) |
| **CEQUENT CONSUMER, INC., d/b/a** | ) |
| **Highland Group Industries, and** | ) |
| **ACE AMERICAN INSURANCE CO.,** | ) |
| | ) |
| Third Party Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court **GRANTS** the parties' joint Stipulation for Dismissal **(Doc. 166)**, and **DISMISSES** all claims with prejudice, each party to bear its own costs.

The Clerk of the Court is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATE:  July 19, 2010.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**