## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRENT KESSLER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | NO. 07-647-CJP |
| ) | |
| **WAL-MART STORES, INC., ACE AMERICAN** ) | |
| **INSURANCE COMPANY, TRIMAS** ) | |
| **CORPORATION, CEQUENT CONSUMER, INC.,** ) | |
| ) | |
| Defendant/Third Party ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | |
| ) | |
| **TRIMAS CORPORATION, CEQUENT CONSUMER,** ) | |
| **INC., ACE AMERICAN INSURANCE COMPANY,** ) | |
| **GREAT DAY, INC., NEW DAY ENTERPRISE, INC.,** ) | |
| **INTREGATED SAFETY, LLC., GORILLA, INC.,** ) | |
| ) | |
| Third Party Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

Third Party Defendant Gorilla, Inc. was dismissed without prejudice on April 7, 2009 by an Order entered by United States District Judge Michael J. Reagan (Doc. 82).

Third Party Defendants TriMas Corporation, Cequent Consumer Products, Inc., ACE American Insurance Company, Great Day, Inc., and New Day Enterprises, Inc. were dismissed without prejudice on June 17, 2009 by an Order entered by United States District Judge Michael J. Reagan (Doc. 106).

Third Party Defendant Integrated Safety, LLC was dismissed without prejudice on

September 2, 2009 by an Order entered by United States Magistrate Judge Clifford J. Proud (Doc. 125).

The remaining issues came before this court on Stipulation of Dismissal filed by the parties (Doc. 166).

**IT IS HEREBY ORDERED AND ADJUDGED** that the complaint against Wal Mart Stores, Inc., and third party claims against TriMas Corporation, Cequent Consumer Products, Inc., and Ace American Insurance Company are dismissed with prejudice in accordance with Order entered by United States Magistrate Judge Proud (Doc. 167). .

**DATED** this 22nd ay of July, 2010

**NANCY J. ROSENSTENGEL, CLERK**

**BY: S/ Angela Vehlewald**
       **Deputy Clerk**

**Approved by     S/ Clifford J. Proud**
             **United States Magistrate Judge**
                    **Clifford J. Proud**